UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID B. VILLANO III, as borrower and all other individuals similarly situated, DAVID B. VILLANO, JR., as guarantor and all other individuals similarly situated,<br>　　　　　　　　Plaintiffs,<br>　v.<br>TD BANK, formerly COMMERCE BANK, NA, DANAHER CORPORATION, and NMTC, INC., d/b/a MATCO TOOLS, Fictitious banking entities XYZ COMPANIES 1-20 and JOHN DOES, fictitious persons 1-100,<br>　　　　　　　　Defendants. | Civil Action No. 3:11-cv-06714-FLW-DEA<br><br>**FILED ELECTRONICALLY**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS MATCO TOOLS AND DANAHER CORPORATION** |

*RECEIVED NOV -5 2012 AT 8:30 WILLIAM T. WALSH, CLERK*

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANTS NMTC, INC., D/B/A MATCO TOOLS AND
DANAHER CORPORATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs David B. Villano III and David B. Villano, Jr. hereby dismiss all claims, with prejudice, in the above-referenced action as to Defendants Danaher Corporation and NMTC, Inc. d/b/a Matco Tools, each party to bear its own costs and fees. All rights of appeal are hereby waived.

IT IS SO ORDERED:

*/s/ Freda L. Wolfson  11/5/12*
FREDA L. WOLFSON, U.S.D.J.

1

/s Gerald A. Marks
Gerald A. Marks
MARKS & KLEIN, LLP
63 Riverside Avenue
Red Bank, NJ 07701
(732) 747-7100

*Attorneys for Plaintiffs*

/s Edward G. Sponzilli
Edward G. Sponzilli, Esq. (ES 5119)
NORRIS, McLAUGHLIN &
MARCUS, P.A.
721 Route 202-206 North, Suite 200
P.O. Box 5933
Bridgewater, NJ  08807
(908) 722-0700

WILLIAMS & CONNOLLY LLP
Daniel F. Katz (*pro hac vice*)
Edward C. Barnidge (*pro hac vice*)
Amy Mason Saharia (*pro hac vice*)
Julianne C. Johnston (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

*Attorneys for Defendants Danaher
Corporation and NMTC, Inc. d/b/a
Matco Tools*

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury that the foregoing Stipulation of Dismissal with Prejudice of Defendants Matco Tools and Danaher Corporation was filed electronically with the Clerk of the Court and served upon Plaintiffs' counsel and counsel for defendant TD Bank via electronic notice.

/s Edward G. Sponzilli
Edward G. Sponzilli

Dated: October 25, 2012