|  |  |
|---|---|
| DAVID B. VILLANO III, as borrower and all other individuals similarly situated, DAVID B. VILLANO, JR., as guarantor and all other individuals similarly situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>TD BANK, formerly, COMMERCE BANK, NA, DANAHER CORPORATION, and NMTC, INC., d/b/a MATCO TOOLS, Fictitious banking entities XYZ COMPANIES 1-20, and JOHN DOES, fictitious persons, 1-100,<br><br>     Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Docket No.   3:11-cv-06714-PGS-DEA<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TD BANK, N.A., SUCCESSOR TO COMMERCE BANK, N.A.** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs David B. Villano III and David B. Villano, Jr. hereby dismiss all claims, with prejudice, in the above-referenced action as to Defendant TD Bank, N.A., successor to Commerce Bank, N.A., each party to bear its own costs and fees.  All rights of appeal are hereby waived.

| | |
|---|---|
| /s/ Gerald A Marks<br>Gerald A. Marks<br>MARKS & KLEIN LLP<br>63 Riverside Avenue<br>Red Bank, NJ 07701<br>(732) 747-7100<br><br>*Counsel for Plaintiffs David B. Villano III and David B. Villano, Jr.* | /s/ Michael J. Lyon<br>Alexander D. Bono<br>*Admitted Pro Hac Vice*<br>Michael S. Zullo<br>Ryan E. Borneman<br>Michael J. Lyon<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1000<br><br>*Counsel for Defendant TD Bank, N.A., successor to Commerce Bank, N.A.* |

Date: January 2, 2013

|  |  |
|---|---|
| DAVID B. VILLANO III, as borrower and all other individuals similarly situated, DAVID B. VILLANO, JR., as guarantor and all other individuals similarly situated,<br><br>                    Plaintiffs,<br><br>           v.<br><br>TD BANK, formerly, COMMERCE BANK, NA, DANAHER CORPORATION, and NMTC, INC., d/b/a MATCO TOOLS, Fictitious banking entities XYZ COMPANIES 1-20, and JOHN DOES, fictitious persons, 1-100,<br><br>                    Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Docket No.   3:11-cv-06714-PGS-DEA<br><br>CIVIL ACTION<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that the forgoing Stipulation of Dismissal with Prejudice of Defendant TD Bank, N.A., successor to Commerce Bank, N.A., was filed via this Court's ECF system on this 2nd day of January, 2013, with a copy being served via e-mail to the following counsel of record:

Gerald A. Marks, Esq.
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, NJ 07701

*Counsel for Plaintiffs*

Edward B. Sponzilli, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202-206 North
PO Box 5933
Bridgewater, NJ 08807-5933

*Counsel for Defendants Danaher Corporation and NMTC, Inc., d/b/a Matco Tools*

/s/ Michael J. Lyon_____
Michael J. Lyon
*Counsel for Defendant TD Bank, N.A.*